**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 511 MAL 2018

           Respondent              :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

                v.                  :

                               :

RENE FIGUEROA,                :

                               :

           Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.